**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

CHARLES E. HALL,                          )
                                          )
     *Plaintiff*,                          )
                                          )
v.                                        )   No. 1:26-cv-00063-JMD
                                          )
SHANE KEDDY, et al.,                      )
                                          )
     *Defendants*.                         )

## MEMORANDUM AND ORDER

On May 8, 2026, the Court ordered Hall to either pay the civil filing fee or move for *in forma pauperis* status in accordance with 28 U.S.C. § 1915(a).  ECF 5.  The Court gave Hall clear instructions and ample opportunity for compliance, but Hall did not respond to the order and the time for doing so has passed.

The Court finds that Hall has failed to comply with the Court's May 8, 2026 order and that this case is subject to dismissal.  *See* Fed. R. Civ. P. 41(b); *Haley v. Kan. City Star*, 761 F.2d 489, 490 (8th Cir. 1985) (allowing a court to, "on its own motion, dismiss an action for failure of the plaintiff to comply with any order of the court").  The Court therefore dismisses this case without prejudice under Rule 41(b).   A separate order of dismissal accompanies this Memorandum and Order.

Dated this 9th day of June, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI